UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
U.S. BANCORP EQUIPMENT FINANCE, INC.,

                         Plaintiff,                 **ORDER**
                                                        CV 06-278 (JG)(ARL)

       -against-

KERN INDUSTRIES, INC., et al.,

                         Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      A telephone conference in the above-captioned case has been scheduled for **March 30, 2006 at 10:30 a.m.** The court will address the defendants' March 17, 2006 letter application, which was referred to the undersigned by Judge Gleeson. Counsel for the plaintiff is directed to initiate the call and have all parties on the line before connecting to the Court at **(631) 712-5730**. The Court strongly urges that the call be placed through an outside operator providing teleconference services. All parties must participate.

Dated: Central Islip, New York                 SO ORDERED:
        March 28, 2006

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                      United States Magistrate Judge